**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **LINDA D. LEE, f/k/a LINDA COLLINS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | **CASE NO. 1:20-cv-00268** |
| **OCWEN LOAN SERVICING, LLC,** | § § | |
| Defendant. | § § § | |

**DEFENDANT'S NOTICE OF DISCLOSURE**

This is to certify that on the 17th day of August, 2020, Defendant, PHH Mortgage Corporation d/b/a PHH Mortgage Services, successor by merger to Ocwen Loan Servicing, LLC, by and through its undersigned counsel, complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Order Setting Civil Action for Rule 16 Management Conference [Dkt. 7] and served its Rule 26(a)(1) Initial Disclosures on Plaintiffs in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Vincent J. Hess
**Robert T. Mowrey (Lead Attorney)**
State Bar No. 14607500
rmowrey@lockelord.com
**Vincent J. Hess**
State Bar No. 09549417
vhess@lockelord.com
**Matthew H. Davis**
State Bar No. 24069580
mdavis@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-6776
Telephone:  (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon counsel for Plaintiff *via electronic notice and/or certified mail, return receipt requested* pursuant to the Federal Rules of Civil Procedure on this 18th day of August, 2020:

  James J. Manchee
  Marilyn S. Altamira
  MANCHEE & MANCHEE P.C.
  2745 North Dallas Parkway, Suite 420
  Plano, Texas 75093
  Telephone: (972) 960-2240

              */s/ Vincent J. Hess*
              ATTORNEY FOR DEFENDANT